450 F.2d 937
 Charles E. FLOYD, Plaintiff-Appellant,
v.
CONNECTICUT GENERAL LIFE INSURANCE COMPANY, Defendant-Appellee.
 No. 71-2014 Summary Calendar.*
 United States Court of Appeals,
Fifth Circuit.
 Nov. 18, 1971.
 
 Irvin J. Langford, Jr., Mobile, Ala., James R. Owen, Bay Minette, Ala., for plaintiff-appellant.
 Brock B. Gordon, E. Watson Smith, Mobile, Ala., for defendant-appellee; Johnstone, Adams, May, Howard & Hill, Mobile, Ala., of counsel.
 Before GEWIN, GOLDBERG and DYER, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 *
 Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York, 5 Cir. 1970, 431 F.2d 409, Part I
 
 
 [1]
 See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966